IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA DEWAYNE GARDNER,

      Appellant,

 v.

Case No.  5D19-1472
LT Case No. 2016-CF-1401-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Eneid Bano, of The Orlando Law
Firm, P.L., Casselberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, COHEN and SASSO, JJ., concur.